*11090980*
*11/23/10*
*$1.95*

**MORRIS L. HORWITZ**
**Chapter 7 United States Trustee in Bankruptcy**
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

FILED
NOV 23 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

November 15, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

Re:  DEGE, DEBORAH           04-11517-K
     Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $$1.95. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: New York State Electric & Gas    Amount $1.95 Claims Register #3

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

Morris L. Horwitz, Trustee
